# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MARK W. TETZLAFF,**
       **Appellant,**

    v.                                                                                 Case No. 14-C-0767

**EDUCATIONAL CREDIT MANAGEMENT CORPORATION,**
       **Appellee.**

## ORDER

Mark Tetzlaff has filed a notice of appeal of the bankruptcy court's decision finding nondischargeable his debt to Educational Credit Management Corporation. Before me now are his motion to proceed in forma pauperis, motion for a free transcript, and motion to extend the time for filing his brief.

Under 28 U.S.C. § 1915, an indigent party may commence an action or appeal without prepaying required costs and fees upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and the affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1). Appellant has filed the required affidavit of indigence. Upon review of his affidavit, the court is satisfied that he meets the poverty requirements of 28 U.S.C. § 1915. Additionally, appellant has stated the nature of this action and asserted his belief that he is entitled to redress. Therefore, his request to proceed in forma pauperis will be granted.

Under 28 U.S.C. § 753(f), the United States shall pay the fee for transcripts furnished in civil proceedings other than habeas cases to persons proceeding in forma

pauperis if the court "certifies that the appeal is not frivolous (but presents a substantial question)." The court has reviewed the bankruptcy court's minute order and the appellant's statement of issues and hereby certifies that the appeal is not frivolous but presents a substantial question. Therefore, appellant's request for a free transcript will be granted.

Finally, the court will grant the appellant's request for an extension of time to file his brief. The appellee does not oppose the motion, and the extension is needed to allow time for preparation of the transcript.

**THEREFORE, IT IS ORDERED** that appellant's request to proceed in forma pauperis is **GRANTED**.

**IT IS FURTHER ORDERED** that appellant's request for a free transcript is **GRANTED**.

**FINALLY, IT IS ORDERED** that appellant's motion for an extension of time to file his brief is **GRANTED**. Appellant's brief shall be filed on or before **August 18, 2014**.

Dated at Milwaukee, Wisconsin this 17th day of July, 2014.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge