# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**MARK W. TETZLAFF,**
    **Appellant,**

  v.                                                    Case No. 14-C-0767

**EDUCATIONAL CREDIT MANAGEMENT CORPORATION,**
    **Appellee.**

---

## ORDER

    Mark Tetzlaff has filed a notice of appeal of the bankruptcy court's decision finding nondischargeable his debt to Educational Credit Management Corporation. After being granted a number of extensions, Mr. Tetzlaff's brief was due on September 15, 2014. To date, no brief has been filed. Mr. Tetzlaff is hereby warned that if he fails to file his brief by October 10, 2014, his appeal will be dismissed.

    Dated at Milwaukee, Wisconsin this 25th day of September, 2014.

                                               s/ Lynn Adelman
                                               _____
                                               LYNN ADELMAN
                                               District Judge