# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**MARK W. TETZLAFF,**

       **Appellant,**

    **v.**                                **Case No. 14-C-0767**

**EDUCATIONAL CREDIT MANAGEMENT
CORPORATION,**

       **Appellee.**

---

## <u>ORDER</u>

**IT IS ORDERED** that appellant's motion to file a corrected brief is **GRANTED**. The appellee's time to file its brief shall begin to run as of the date of this order.

Dated at Milwaukee, Wisconsin this 17th day of October, 2014.

s/ Lynn Adelman

_____
LYNN ADELMAN
District Judge